IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| JEAN TORGESON, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-3052-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| UNUM LIFE INSURANCE COMPANY | ) | IN A CIVIL CASE |
| OF AMERICA and MASON CITY | ) | |
| CLINIC, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The denial of Plaintiff's claim for LTD benefits is reversed and Plaintiff is awarded benefits due under the terms of the Plan pursuant to 29 U.S.C. § 1132(a)(1)(B). This matter is remanded solely for the purpose of calculation by Unum of the benefits to which Plaintiff is entitled under the Plan for the period September 19, 2003, through August 2, 2004.

IT IS FURTHER ORDERED AND ADJUDGED

Plaintiff awarded prejudgment interest on all past due benefits as further equitable relief under 29 U.S.C. § 1132(a)(3)(B).

Dated: December 6, 2006        PRIDGEN J. WATKINS
                               Clerk

                               /s/ des
                               _____
                               (By) Deputy Clerk